John R. JONES, Jr.

v.

Walter MOSLEY.

No. 77–361–A.

Supreme Court of Rhode Island.

Jan. 17, 1980.

Corcoran, Peckham & Hayes, Kathleen Managhan, Newport, for plaintiff.

Dean J. Lewis, Newport, for defendant.

## ORDER

This case is assigned to the March, 1980 *show cause* calendar. The defendant is di-

rected to appear and show cause why his appeal should not be dismissed in view of the fact that his motion for new trial was not supported by allegations appropriate for such a motion following a jury-waived case, *Colvin v. Goldenberg*, 108 R.I. 198, 273 A.2d 663 (1971), and further, in view of the apparent lack of merit in the remaining issues raised by defendant.

DORIS, J., did not participate.